BLYTHE MICKELSON, Bar No. 095506
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bmickelson@unioncounsel.net
            tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CALIFORNIA SERVICE EMPLOYEES HEALTH AND WELFARE TRUST FUND,<br><br>                Plaintiff,<br><br>v.<br><br>AERO PORT SERVICES, INC.,<br><br>                Defendant. | No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)** |
|---|---|

Plaintiffs complain of Defendant, and for cause of action allege:

**<u>JURISDICTION AND INTRADISTRICT ASSIGNMENT</u>**

**I.**

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the

1
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Labor Management Relations Act (LMRA) (29 U.S.C. § 185). Venue properly lies in this district court since contributions are due and payable in the County of San Francisco. Therefore, intradistrict venue is proper.

**PARTIES**

**II.**

At all times material herein, Plaintiff The Board of Trustees were Trustees of the California Service Employees Health and Welfare Trust Fund ("Health and Welfare Trust Fund"). At all times material herein, the above-named Trust Fund was, and now is, an employee benefit plan created by a written Trust Agreement subject to and pursuant to section 302 of the Labor Management Relations Act (29 U.S.C. § 186), and a multi-employer employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132). The Health and Welfare Trust Fund is administered by a Board of Trustees which may bring this action in the name of the Health and Welfare Trust Fund pursuant to the express provisions of the Trust Agreement for the Health and Welfare Trust Fund. The Health and Welfare Trust Fund and its Board of Trustees shall hereinafter be designated collectively as "Plaintiff."

**III.**

At all times material herein, Aero Port Services, Inc. (hereinafter referred to as "Defendant"), has been an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

**ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF**

**IV.**

At all relevant times, Service Employees International Union, United Service Works West (hereinafter "Union"), a labor organization within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185) and Defendant were signatory and bound to LAX Master Passenger Services Agreement (hereinafter "Master Agreement"). A true and correct copy of the Master Agreement for July 1, 2013 to June 30, 2016 is attached hereto as **Exhibit "A"**. A true and a true and correct copy of the Master Agreement Re-Opener for June 27, 2014 to

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1  October 31, 2016 is attached hereto as **Exhibit "B".** A true and a true and correct copy of the

2  Master Agreement for June 27, 2014 to October 31, 2016 - Side Letter Agreements is attached

3  hereto as **Exhibit "C".** A true and accurate copy of the Master Agreement for May 1, 2017 to

4  April 2022 is attached hereto as **Exhibit "D"**. A true and a true and correct copy of the Fifth

5  Extension Agreement regarding the Master Agreement is attached hereto as **Exhibit "E".** (The

6  Master Agreement and Health and Welfare Trust Agreement are hereinafter collectively referred

7  to as "Agreements"). By said Master Agreement, Defendant promised that it would contribute

8  and pay to Plaintiff the amount required by the Master Agreement for eligible employees who

9  performed work covered by the Master Agreement, and that Defendant would be subject to and

10  bound by all of the terms, provisions and conditions of the Trust Agreement for the Health and

11  Welfare Trust Fund. A true and correct copy of the Trust Agreement for the Health and Welfare

12  Trust Fund is attached hereto as **Exhibit "F"**.

13  **V.**

14  The Trust Agreement for the Health and Welfare Trust Fund provides for prompt

15  payments of all employer contributions to the Trust Fund and provides for liquidated damages,

16  not as a penalty but as a reasonable attempt to provide for payments to cover the damages

17  incurred by the Trust Fund in the event of a breach by the employer where it would have been

18  impracticable or extremely difficult to ascertain the losses to the Trust Fund. The Trust

19  Agreement also provides for the payment of interest on all delinquent contributions, attorneys'

20  fees, other collection costs, and for the audit of the signatory employer or employers' books and

21  records in order to permit the Plaintiff to ascertain whether all fringe benefit contributions have

22  been timely paid as required by the Agreements and law.

23  **FIRST CLAIM FOR RELIEF**
   **(BREACH OF CONTRACT BASED ON AUDIT)**
24  **VI.**

25  Plaintiff incorporates and alleges by reference all the allegations stated hereinabove.

26  / / /

27  / / /

28  / / /

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

**VII.**

Pursuant to the Agreements, an audit of the books and records of Defendant for the period of July 1, 2013 to March 31, 2017 was conducted, which revealed that fringe benefit contributions to the Trust Fund have not been submitted as required by said Agreements.

**VIII.**

Demand has been made of Defendant for payment of the amounts determined to be due and owing pursuant to the audit.  To date, Defendant has refused to pay such amounts and there is now due, owing and unpaid to Plaintiff's Trust Funds from Defendant, fringe benefits contributions in the amount of $284,953.10, liquidated damages in the amount of $14,247.65, and interest in the amount of at least $108,409.16 in relation to such unpaid contributions which have not been submitted to the Health and Welfare Trust Fund as required by said Agreements.

**IX.**

Plaintiff is the intended third-party beneficiaries of the Master Agreement.  Neither the Trust Agreement for the Health and Welfare Trust Fund nor the Master Agreement evidence an intention to require the Health and Welfare Trust Fund to arbitrate disputes under the grievance procedure of the Master Agreement, the Health and Welfare Trust Fund is not required to exhaust the arbitration procedure of the Master Agreement before seeking to enforce the Trust Agreement for the Health and Welfare Trust Fund.

**X.**

Plaintiff has complied with all conditions on its part to be performed under the terms of the applicable Agreements.

**XI.**

Plaintiff is entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2)).

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

## SECOND CLAIM FOR RELIEF
### (ACTUAL DAMAGES FOR BREACH OF CONTRACT)

**XII.**

Plaintiff incorporates and alleges by reference all the allegations stated above.

**XIII.**

Defendant has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Agreements, and has caused Plaintiff actual damages in an amount to be proven at trial.

## THIRD CLAIM FOR RELIEF
### (AUDIT)

**XIV.**

Plaintiff incorporates and allege by reference all the allegations stated above.

**XV.**

Plaintiff believes that additional amounts may be due and owing and also pray for an audit to determine same.

**WHEREFORE**, Plaintiff prays judgment against Defendant, Aero Port Services, Inc., as follows:

1. That Defendant be ordered to pay contributions in the amount of $284,953.10, liquidated damages in the amount of $14,247.65, and interest in the amount of at least $108,409.16, in relation to such unpaid contributions; based on the audit of Defendant's books and records;

2. That Defendant be ordered to pay actual damages according to proof;

3. That Defendant be compelled to submit to an audit by Plaintiff;

4. That this Court issue an Order permanently enjoining Defendant, for so long as it remains obligated to contribute to the Trust Funds, from failing to timely submit required monthly contributions reports and payments as required by the terms of the Agreements and ERISA sections 502(a)(3) and (g)(2), (29 U.S.C. § 1132(a)(3), (g)(2));

///

///

///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

5. That Defendant be ordered to pay Plaintiff's attorneys' fees;

6. That Defendant be ordered to pay costs of suit herein; and

7. That the Court grants such further relief as this Court deems just and proper.

Dated: October 19, 2018              WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation

                                     */s/ Tracy L. Mainguy*
                                By:  TRACY L. MAINGUY
                                     Attorneys for Plaintiff

146084\992197

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.