# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

    Plaintiff,

v.

AERO PORT SERVICES, INC., et al.,

    Defendants.

Case No. 18-cv-06412-JCS

**ORDER OF CONDITIONAL DISMISSAL WITH PREJUDICE**

On June 27, 2019, the Court issued an order of conditional dismissal acknowledging the parties' settlement and denying as moot a discovery dispute, although that order did not address whether the case was dismissed with prejudice or set a time frame in which the parties could reopen the case. Dkt. 58. No party has filed any response since that date. The case is hereby DISMISSED with prejudice in light of the settlement, on the condition that any party may apply to reopen the case no later than December 30, 2019. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: October 29, 2019

JOSEPH C. SPERO
Chief Magistrate Judge